**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DANNY LEE JONES,

*Petitioner-Appellant*,

v.

CHARLES L. RYAN,

*Respondent-Appellee*.

No. 18-99005

D.C. No. 2:01-cv-00384-SRB

OPINION

On Remand from United States Supreme Court

Filed July 10, 2024

Before: Michael Daly Hawkins, Sidney R. Thomas, and Morgan Christen, Circuit Judges.

Per Curiam Opinion

## SUMMARY[*]

---

### Habeas Corpus / Death Penalty

On remand from the Supreme Court for proceedings consistent with the Supreme Court's opinion in *Thornell v. Jones*, 602 U.S. __, 144 S. Ct. 1302 (2024), the panel affirmed the judgment of the district court.

---

### COUNSEL

Amanda Bass (argued), Assistant Federal Public Defender, Federal Public Defenders Office, Phoenix, Arizona; Leticia Marquez, Assistant Federal Public Defender; Jon M. Sands, Federal Public Defender, District of Arizona; Federal Public Defender's Office, Tucson, Arizona; Jean-Claude Andre, Bryan Cave Leighton Paisner LLP, Santa Monica, California; Barbara A. Smith and J. Bennett Clark, Bryan Cave Leighton Paisner LLP, St. Louis, Missouri; Kristin H. Corradini, Bryan Cave Leighton Paisner LLP, Chicago, Illinois; for Petitioner-Appellant.

Jeffrey L. Sparks (argued), Deputy Solicitor General, Chief of Capital Litigation Section; Lacey S. Gard, Chief Counsel; Mark Brnovich, Arizona Attorney General; Office of the Arizona Attorney General, Phoenix, Arizona; for Respondent-Appellee.

---

[*] This summary constitutes no part of the opinion of the court. It has been prepared by court staff for the convenience of the reader.

# OPINION

**PER CURIAM:**

The Supreme Court remanded this appeal for proceedings consistent with the Supreme Court's opinion. *Thornell v. Jones*, 602 U.S. ___, 144 S.Ct. 1302, 1314 (2024). Pursuant to the Supreme Court's opinion, the judgment of the district court is affirmed.

**AFFIRMED.**